CAUSE NO 74312

RONNEY EARL WILLIAMS    X    IN THE 412 DISTRICT COURT

    VS

STATE OF TEXAS    X    BRAZORIA COUNTY TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 8:41:46 AM
CHRISTOPHER A. PRINE
Clerk

    X

    X

Notice of Appeal

To The Honorable Judge of Said Court;

Now Comes Ronney Earl Williams appellant Named in the above Style Caption And numbered Cause respectfully Moves this Court herein and file his Timely Notice of Appeal from the judgment and/or Orders entered on Record of the Court on March 27, 2015 -- Motion To Suppress

Wherefore, Considered Appellant Prays this Court grant Notice of Appeal and transcribe trial transcript records.

Signed on April [March] 13th 2015.

Respectfully Submitted,
Ronney Earl Williams

FILED FOR RECORD
2015 APR 15 PM 2:27
_____
DISTRICT CLERK
BRAZORIA COUNTY TEXAS

Brazoria County District Clerk
℅: Rhonda Barchak Clerk
111 E Locust
Angleton, Tx. 77515

Date ~~March~~ April 12, 2015

412 District Court
Brazoria County, Texas

RE: Certificate of Appeal; Notice of Appeal
Motion For Private Investigator

Dear Clerk

CAUSE 74312-Deman

I am Requesting Certificate of Appeal of Trial Courts denial of Motion To Suppress.

Please find enclosed the following documents listed herein: 1. Motion For Private Investigator
2. Notice of Appeals

Please properly tendered the documents, Copy and Stamped file date and Docket for Court Consideration and/or disposition upon it's Next business day.

Please return stamp file Copy of this Cover letter for Confirmation and thank you in advance for your time, assistance and Courtesy.

Sincerely,

Ronney Earl Williams



FILED FOR RECORD
2015 APR 15 PM 2:26
District Clerk
Brazoria County, Texas

FOREVER

Mr. Kenny Earl Williams @161744
3602 County Rd 45
Angleton, Texas 77515

Brazoria County District Clerk Office
C/O: Rhonda Barchak - Clerk
111 E locust St. )
Angleton, Texas 77515

RECEIVED

APR 15 2015

Rhonda Barchak
Brazoria County
District Clerk